In re MARSHALL. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) In the matter of the application of Charles A. Marshall for admission to the bar. No opinion. Application granted.

MARX, Respondent, v. A. FELDMAN CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Max Marx against the A. Feldman Construction Company. J. Kochendorfer, of New York City, for appellant. N. W. Chandler, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MARX & RAWOLLE, Appellants, v. AMERICAN DRUGGISTS' SYNDICATE, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Marx & Rawolle against the American Druggists' Syndicate.
PER CURIAM. We are of opinion that plaintiff made out a prima facie case, which ought to have been submitted to the jury. The judgment is therefore reversed, and a new trial granted; costs to abide the event.

MASLANKA, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Leonora Maslanka, as administratrix, etc., against the American Manufacturing Company. No opinion. Motion denied, without prejudice to an application for reargument of the appeal. See, also, 144 N. Y. Supp. 1129; 146 N. Y. Supp. 1100.

MASLANKA, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Leonora Maslanka, as administratrix, etc., against the American Manufacturing Company. No opinion. Motion for reargument (of 144 N. Y. Supp. 1129) denied, without costs. See, also, 146 N. Y. Supp. 1100.

MASTER AMUSEMENT CO., Inc., Respondent, v. MASTER MIND PRODUCTION CO., Inc., Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by the Master Amusement Company, Incorporated, against the Master Mind Production Company, Incorporated. H. J. Goldsmith, of New York City, for appellant. L. Laski, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MATHESON v. MENTE et al. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Malcolm Ross Matheson, as substituted trustee of the estate of Richard J. Stainton, deceased, against Ottilie Mente and others. No opinion. Motion denied, on condition that plaintiff perfect his appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

MAUTSEWICH, Respondent, v. UNITED STATES GYPSUM CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by John Mautsewich against the United States Gypsum Company. E. C. Sherwood, of New York City, for appellant. M. T. Martin, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
CLARKE, J., dissents.

MAZZIOLA, Appellant, v. EDWARDS et al., Respondents. (Supreme Court, Appellate Division, First Department. Feb. 13, 1914.) Action by Louis Mazziola against one Edwards and others. M. Eisner, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MENDOLA v. ILLINOIS SURETY CO. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Michele Mendola against the Illinois Surety Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 155 App. Div. 895, 141 N. Y. Supp. 1131.

MERCHANT, Respondent, v. RYALL et al. Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Metta F. Merchant, as administratrix, etc., against George M. Ryall and others. No opinion. Motion granted, to the extent only that the case be set down for argument at the April term. Respondent may have until March 25, 1914, to serve her brief, and the appellant Ryall may have 10 days thereafter to serve any reply brief, as he may be advised. See, also, 159 App. Div. 924, 144 N. Y. Supp. 1129.

MILERK, Appellant, v. TARTAR CHEMICAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Ignatz Milerk against the Tartar Chemical Company. No opinion. Order affirmed, costs to abide the event.

MILES, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Oscar Miles against John D. Miller. No opinion. Judgment and order unanimously affirmed, with costs.

MIRAN, Respondent, v. AMERICAN GAS MACH. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by John J. Miran against the American Gas Machine Company. No opinion. Judgment and order unanimously affirmed, with costs.